Cabot Christianson, Esq.
Alaska Bar No. 7811089
LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Phone (907) 258-6016
Facsimile (907) 258-2026
Attorneys for Nacole M. Jipping, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| In Re:<br><br>OMNI ENTERPRISES, INC.<br><br>Debtor. | **Case No.: 15-00076 HAR**<br><br>Chapter 7 |
| NACOLE M. JIPPING, TRUSTEE,<br><br>Plaintiff,<br><br>v.<br>TRUE VALUE COMPANY,<br><br>Defendant, | **Adv. Case No.: 15-** |

**COMPLAINT**

Nacole M. Jipping, Trustee, alleges as follows:

1. Omni Enterprises, Inc. ("Omni") filed Chapter 7 on March 31, 2015 ("the Petition Date") in case No. 15-00076 ("the main case") in this Court. Plaintiff is the duly appointed and acting Chapter 7 trustee in that case and has standing to bring this action.

2. Defendant True Value Company ("True Value") is a company doing business in Alaska.



LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

**Jurisdiction and Venue**

3. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (F), (K) and (O), 28 U.S.C. § 1334, and 11 U.S.C. §547(b), §550 and other applicable law. This proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (F), (K) and (O).

4. Venue is proper in this district pursuant to 28 U.S.C. §1409(a).

**Background**

5. Omni is an Alaska corporation. Prior to filing Chapter 7, Omni operated stores that sold groceries, hardware, and other items in rural Alaska.

6. Prior to filing Chapter 7, True Value supplied inventory to Omni.

7. In January 2006, True Value caused a UCC-1 financing statement to be filed in the UCC Central office in Alaska. See Exhibit A

8. The description of collateral contained in the 2006 financing statement is broad, and among other things includes goods, inventory, merchandise now owned or hereafter acquired, together with proceeds thereof. See Exhibit A.

9. In September 2010, True Value caused to be filed a UCC continuation statement which extended the 2006 financing statement to the extent provided by applicable law. See Exhibit A.

10. True Value filed Proof of Claim No. 20 in the main case. The proof of claim does not include a copy of a security agreement.

11. True Value has ignored the Trustee's request for True Value to supply a security agreement to support the financing statements.

LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

12. On information and belief, Trustee therefore alleges that there is no security agreement that satisfies AS 45.29.203(b)(3)'s requirement that valid security agreement be authenticated by the debtor; the term "authenticate" being defined in AS 45.29.102(8) to mean a signature or an equivalent.

13. On January 5, 2015, check No. 3311 payable to True Value in the amount $36,909.00 cleared Omni's Key Bank account -0293, controlled disbursement account. See Exhibit B hereto.

14. On February 26, 2015, check No. 4689 payable to True Value in the amount $11,194.16 cleared Omni's Key Bank account -0293, controlled disbursement account. See Exhibit C hereto.

15. On March 24, 2015, one week prior to the filing of the Chapter 7 petition, a cashier's check in the amount $373,583.28 cleared Omni's Matanuska Valley Federal Union account, No. 128207, as evidence by Exhibit D hereto.

16. The three payments just described, totaling $421,386.44 are referred to herein as the Payments.

**Count I - Determination of extent of security agreement or lien**

17. Plaintiff realleges the foregoing paragraphs.

18. True Value had no security interest, perfected or unperfected, in any of Omni's assets, including the payments, because True Value did not have a valid security agreement satisfying AS 45.29.203(b)(3)'s requirement that a security agreement be authenticated by the debtor.

**Count II - Preference**

LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

19. Plaintiff realleges the foregoing paragraphs.

20. Each of the Payments is a preferential payment which is avoidable under Sections 547(b) and Section 550.

**Prayer for Relief**

WHEREFORE, Trustee prays that this Court enter judgment against True Value:

1. Determining that True Value has no security interest in any asset of the Debtor or the bankruptcy estate.

2. Avoiding the Payments pursuant to 11 USC Section 547(b) and Section 550, and entering judgment in Trustee's favor in the amount $421,386.44.

RESPECTFULLY submitted on December 21, 2015.

LAW OFFICES OF
CABOT CHRISTIANSON, PC
Attorneys for Nacole M. Jipping, Trustee

By: /s/ Cabot Christianson
Cabot Christianson

List of Exhibits

A 2006 UCC-1 and 2010 continuation thereof
B Key Bank check No. 3311 for $36,909.00, front and back
C Key Bank check No. 45689 for $11,194.16, front and back
D Portion of Matanuska Valley Federal Credit Union statement showing $373,583.28 withdrawal on March 24, 2015, and page 98 of 109 from Docket No. 2 in main case showing that True Value received $373,583.28 cashier's check that day.

LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

2006-602543-2
Recording Dist: 500 - UCC Central File
1/10/2006 8:11 AM Pages: 1 of 1

ALASKA

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME + PHONE OF CONTACT AT FILER (optional)
**Klenke, Donna B. 713-533-4661**
**Donna_Klenke@uccdirect.com 713-527-0641**

B. SEND ACKNOWLEDGMENT TO: (Name and Address)
**UCC Direct Services**
**330 N. Brand Blvd., Suite 700**
**Glendale CA 91203**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | | |
|---|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME: **Omni Enterprises, Inc.** | | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX | |
| 1c. MAILING ADDRESS: **830 River St** | CITY: **Bethel** | STATE: **AK** | POSTAL CODE: **99559** | COUNTRY: **USA** | |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: **Corporation** | 1f. JURISDICTION OF ORGANIZATION: **AK** | 1g. ORGANIZATIONAL ID #, if any: **19783D** | |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | | |
|---|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME: **TruServ Corporation** | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS: **215 N Pioneer Ave** | CITY: **Woodland** | STATE: **CA** | POSTAL CODE: **95776** | COUNTRY: **USA** |

4. This FINANCING STATEMENT covers the following collateral:

**DEBTOR hereby grants to SECURED PARTY a continuing Security Interest in: All goods, inventory, merchandise and supplies including, but not limited to, all private branded equipment and their accessories and components or replacement parts now owned or hereafter acquired by debtor wherever located. All furniture, fixtures, equipment, supplies and other personal property now owned or hereafter acquired by debtor wherever located. All cash accounts, contract rights, chattel paper, instruments, security agreements, goods and notes receivable now or hereafter acquired by debtor arising from the dale or lease of inventory; all proceeds now owned or hereafter acquired by debtor from the sale or lease of inventory; all insurance proceeds now owned or hereafter acquired by debtor relating to inventory, furniture, fixtures, equipment and supplies.**

5. ALTERNATIVE DESIGNATION (if applicable): ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA covers the following collateral:
**7001595**



Exhibit A
Page 1 of 3

[redacted]

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

**Phone: (800) 331-3282 Fax: (818) 662-4141**

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

**CT Lien Solutions**
**P.O. Box 29071**
**Glendale CA, 91209-9071**

**25348462**

**AKAK**

117756 -

**File with: Dept. of Natural Resources, AK**

**CT Lien Solutions**
Representation of filing

**This filing is Completed**
File Number : 2010-703560-9
File Date : 20-SEP-2010

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
**2006-602543-2 1/10/2006 SS AK**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☒ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT ( full or partial ): Give name of assignee in item 7a or 7b and address in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| **OR** 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION

| 7a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| **OR** 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |
| 7d. SEE INSTRUCTIONS / ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME of SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if the is a termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **TruServ Corporation** | | | |
| **OR** 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

10. OPTIONAL FILER REFERENCE DATA
**25348462** **Debtor Name: Omni Enterprises, Inc.**
**Swanson's** **26 - 9905124**

FILING OFFICE COPY - UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

Prepared by CT Lien Solutions [3.23.0]

# Recorder's Office

Alaska Department of Natural Resources



## Associated Documents

**Associated Document(s) for 2006- 602543-2**

**in District:** 500 - UCC CENTRAL

| Document Number | Date Recorded | Doc. Index | Document Description | Status |
|---|---|---|---|---|
| 2006-602543-2 | 01/10/2006 | FS - FINANCING STATEMENT | FINANCING STATEMENT | Active |
| 2010-703560-9 | 09/20/2010 | CO - CONTINUATION | CONTINUATION | Active |

All Associated Documents have been displayed

**UCC documents are shown as "active", "inactive" or "lapsed". UCC-1 filings will show "active" for five years along with any subsequent amendments. If it is not continued in the designated time within that five year period, the status changes from "active" to "lapsed" for one year. After that one year period as "lapsed", the status changes to "inactive".**

**(Please Note: A "Wildcard" reference means the filing does not tie to an "active" filing; and, a filing shown as "active" does not necessarily mean effective.)**



**Last updated on 09/23/2010.**

**NOTICE: Documents are entered in nonsequential batches. Temporary document number gaps may exist in current data.**

If you identify a possible indexing error (typo, reversed names, etc) or can not locate the record you are trying to find please contact us.

**All documents are provided as a public service for your convenience. Updates and corrections occur on a daily basis; however, the State of Alaska Shall not incur any liability for errors or omissions with respect to the the information provided on this web site.**

3311
89-94/1252
91

**OMNI ENTERPRISES, INC.**
**CDA**
5326 A STREET, SUITE 1
ANCHORAGE, AK 99518
907-868-7855 FAX 907-868-7865

KeyBank National Association

DATE 10/1/2014

AMOUNT $36,609.00

PAY Thirty Six Thousand Six Hundred Nine Dollars and 00 Cents

TO THE ORDER OF TRUE VALUE COMPANY 5698V6

OMNI ENTERPRISES, INC.

Security Features Included. Details on Back.

⑈003311⑈ ⑆125200947⑆ 720997200293⑈

61312558 2 01/06/15 $36609.00

053004 052249 nbk9o2e 3628 6 1

>122000661<
CR PAYEE ACCT
LACK END GTD
BANK OF AMERICA

A-0708 31
20150105
8666115502
318 LAC-053004

61312558 2 01/06/15 $36609.00

**OMNI ENTERPRISES, INC.**
**CDA**
5326 A STREET, SUITE 1
ANCHORAGE, AK 99518
907-868-7855 FAX 907-868-7865

KeyBank National Association

4689

DATE 2/17/2015

AMOUNT $11,194.16

PAY Eleven Thousand One Hundred Ninety Four Dollars and 16 Cents

TO THE ORDER OF TRUE VALUE COMPANY 5124-3

8

OMNI ENTERPRISES, INC.

AUTHORIZED SIGNATURE

⑈004689⑈ ⑆125200947⑆ 7209972002 93⑈

Security Features Included

Details on Back.

65758177 4 02/26/15 $11194.16

053004 7271011033 nbk5jy4 7271 12 1

>122000661<
CR PAYEE ACCT
LACK END GTD
BANK OF AMERICA

A-2592 85
20150225
8666115502
318 LAC-053004

65758177 4 02/26/15 $11194.16

MATANUSKA VALLEY
FEDERAL CREDIT UNION

MEMBERS STATEMENT
1020 S. BAILEY ST.
PALMER, ALASKA 99645
(907) 745-4891
(907) 691-4891
WWW.MVFCU.COOP

128207

ACCOUNT NUMBER 92-0073023

OMNI ENTERPRISES INC
5326 A ST STE 1
ANCHORAGE AK 99518

STATEMENT PERIOD 01/01/15 TO 03/31/15

PAGE 6

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

| POSTING DATE | EFF. DATE | DESCRIPTION | PYMT. CREDITS OR DEBITS | FINANCE CHARGE | FEES OR CHGS | TRANSACTION AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 03/23 | | Withdrawal | | | | 20.00- | 777587.65 |
| | | FEE FOR WIRE # 2163352961 | | | | | |
| 03/23 | | Draft 002366 | | | | 681.94- | 776905.71 |
| 03/23 | | Draft 002371 | | | | 1172.76- | 775732.95 |
| 03/23 | | Draft 002376 | | | | 531.91- | 775201.04 |
| 03/23 | | Draft 002411 | | | | 3020.20- | 772180.84 |
| 03/23 | | Draft 002414 | | | | 689.59- | 771491.25 |
| 03/23 | | Draft 002415 | | | | 1436.26- | 770054.99 |
| 03/23 | | Draft 002423 | | | | 120.00- | 769934.99 |
| 03/23 | | Withdrawal | | | | 276000.00- | 493934.99 |
| | | RET CK OMNI ENTERPRISES | | | | | |
| 03/23 | | Withdrawal | | | | 20.00- | 493914.99 |
| | | SHARED BRANCHING RETURN CK FEE | | | | | |
| 03/24 | | Deposit BANK OF AMERICA | | | | 0.15 | 493915.14 |
| | | TYPE: ACCT CNFRM CO: BANK OF AMERICA | | | | | |
| 03/24 | | Deposit BANK OF AMERICA | | | | 0.32 | 493915.46 |
| | | TYPE: ACCT CNFRM CO: BANK OF AMERICA | | | | | |
| 03/24 | | Deposit AMERICAN EXPRESS | | | | 1105.04 | 495020.50 |
| | | TYPE: SETTLEMENT CO: AMERICAN EXPRESS | | | | | |
| 03/24 | | Deposit MERCHANT SVCS | | | | 2133.32 | 497153.82 |
| | | TYPE: MERCH DEP CO: MERCHANT SVCS | | | | | |
| 03/24 | | Deposit MERCHANT SVCS | | | | 2238.78 | 499392.60 |
| | | TYPE: MERCH DEP CO: MERCHANT SVCS | | | | | |
| 03/24 | | Deposit MERCHANT SVCS | | | | 2500.31 | 501892.91 |
| | | TYPE: MERCH DEP CO: MERCHANT SVCS | | | | | |
| 03/24 | | Deposit MERCHANT SVCS | | | | 4103.91 | 505996.82 |
| | | TYPE: MERCH DEP CO: MERCHANT SVCS | | | | | |
| 03/24 | | Deposit MERCHANT SVCS | | | | 7035.24 | 513032.06 |
| | | TYPE: MERCH DEP CO: MERCHANT SVCS | | | | | |
| 03/24 | | Deposit MERCHANT SVCS | | | | 20139.73 | 533171.79 |
| | | TYPE: MERCH DEP CO: MERCHANT SVCS | | | | | |
| 03/24 | | Deposit MERCHANT SVCS | | | | 42538.87 | 575710.66 |
| | | TYPE: MERCH DEP CO: MERCHANT SVCS | | | | | |
| 03/24 | | Deposit MERCHANT SVCS | | | | 65530.28 | 641240.94 |
| | | TYPE: MERCH DEP CO: MERCHANT SVCS | | | | | |
| 03/24 | | Withdrawal BANK OF AMERICA | | | | 0.47- | 641240.47 |
| | | TYPE: ACCT CNFRM CO: BANK OF AMERICA | | | | | |
| 03/24 | | Withdrawal DELUXE CHECK | | | | 79.28- | 641161.19 |
| | | TYPE: CHECK/ACC. CO: DELUXE CHECK | | | | | |
| 03/24 | | Withdrawal Shared Branch #018864 | | | | 215792.04- | 425369.15 |
| | | DENALI ALASKAN FCU 440 E 36TH AVENUE | | | | | |
| | | ANCHORAGE AK | | | | | |
| 03/24 | | Withdrawal Shared Branch #018868 | | | | 373583.28- | 51785.87 |
| | | DENALI ALASKAN FCU 440 E 36TH AVENUE | | | | | |
| | | ANCHORAGE AK | | | | | |
| 03/24 | | Draft 002372 | | | | 812.51- | 50973.36 |
| 03/24 | | Draft 002420 | | | | 809.95- | 50163.41 |
| 03/24 | | Draft 002421 | | | | 2000.00- | 48163.41 |
| 03/25 | | Deposit AMERICAN EXPRESS | | | | 36.50 | 48199.91 |
| | | TYPE: SETTLEMENT CO: AMERICAN EXPRESS | | | | | |
| 03/25 | | Deposit MERCHANT SVCS | | | | 207.47 | 48407.38 |
| | | TYPE: MERCH DEP CO: MERCHANT SVCS | | | | | |
| 03/25 | | Deposit MERCHANT SVCS | | | | 3832.23 | 52239.61 |
| | | TYPE: MERCH DEP CO: MERCHANT SVCS | | | | | |
| 03/25 | | Deposit MERCHANT SVCS | | | | 4805.04 | 57044.65 |
| | | TYPE: MERCH DEP CO: MERCHANT SVCS | | | | | |
| 03/25 | | Deposit MERCHANT SVCS | | | | 5673.65 | 62718.30 |
| | | TYPE: MERCH DEP CO: MERCHANT SVCS | | | | | |

--- Continued on following page ---

MATANUSKA VALLEY FEDERAL CREDIT UNION
BIG LAKE IGA ACCT

| | | | | |
|---|---|---|---|---|
| 2409 | 3/25/2015 | SUSAN SAMUELSON | 806.89 | PAYROLL |
| | | **SUSAN SAMUELSON Total** | 806.89 | |
| 2365 | 3/20/2015 | THERESA ALBERT | 830.35 | PAYROLL |
| | | **THERESA ALBERT Total** | 830.35 | |
| 2384 | 3/20/2015 | THERESA CORP | 795.30 | PAYROLL |
| | | **THERESA CORP Total** | 795.30 | |
| 2172 | 1/12/2015 | TNT FIREWOOD AK | $60.00 | INVENTORY |
| 2186 | 1/26/2015 | TNT FIREWOOD AK | $105.00 | INVENTORY |
| 2194 | 2/2/2015 | TNT FIREWOOD AK | $60.00 | INVENTORY |
| 2209 | 2/17/2015 | TNT FIREWOOD AK | $60.00 | INVENTORY |
| 2224 | 3/4/2015 | TNT FIREWOOD AK | $48.00 | INVENTORY |
| | | **TNT FIREWOOD AK Total** | $333.00 | |
| 2364 | 3/25/2015 | TOM LOWE | 1,000.00 | PAYROLL |
| | | **TOM LOWE Total** | 1,000.00 | |
| 2401 | 3/20/2015 | TRAVIS MUTE | 715.50 | PAYROLL |
| | | **TRAVIS MUTE Total** | 715.50 | |
| CASHIERS C | 3/24/2015 | TRUE VALUE | 373,583.28 | INVENTORY |
| | | **TRUE VALUE Total** | 373,583.28 | |
| 2354 | 2/20/2015 | UNITED COMPANIES, INC | $12,500.00 | REPAIR AND MAINT |
| 2355 | 3/1/2015 | UNITED COMPANIES, INC | $12,500.00 | RENT |
| | | **UNITED COMPANIES, INC Total** | $25,000.00 | |
| 2165 | 1/5/2015 | USPOSTMASTER | $226.00 | POSTAGE |
| 2180 | 1/20/2015 | USPOSTMASTER | $294.00 | POSTAGE |
| | | **USPOSTMASTER Total** | $520.00 | |
| 2425 | 3/27/2015 | USPS | 670.00 | POST OFFICE BOX |
| | | **USPS Total** | 670.00 | |
| 2393 | 3/20/2015 | WAINO JENKINS | 673.48 | PAYROLL |
| | | **WAINO JENKINS Total** | 673.48 | |
| | | **Grand Total** | 1,091,399.02 | |